THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BIRD and CHARLES LILLY, Appellants.— Judgment modified by reducing sentence of each defendant to the time already served, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

BATTISTA POLLET, as Administrator, etc., of EMILIO BASSIGNANO, Deceased, Respondent, v. THE BANK OF UNITED STATES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MAX SILVERSTEIN and Others, Respondents, v. CARLTON LAND SALES COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SARAH WEINSTEIN, Respondent, v. CARLTON LAND SALES COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

FRANKLIN FORD, Appellant, v. JAMES J. WALKER, as Mayor of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOHN L. CARR, Respondent, v. FRANCES ALDA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. PEOPLES TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. REBECCA DICKLER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [135 Misc. 594.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANCIS X. MANCUSO and Others, Respondents, Impleaded with Others.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

RESTAURANT OPERATING CORPORATION, Appellant, v. TRUSTTUM HOLDING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.